**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-7795**

───────────────

In Re: ANDRE GERARD LEWIS,

                                            Petitioner.


───────────────

On Petition for Writ of Mandamus.  (CR-99-314)

───────────────

Submitted:  December 26, 2001        Decided:  February 12, 2002

───────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Andre Gerard Lewis, Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andre Gerard Lewis filed a petition for a writ of mandamus seeking an order compelling the district court to enter an order on his motion to inspect grand jury transcripts. We deny the petition.

Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted, see In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and it may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Lewis has not made such a showing. Accordingly, we deny his petition for a writ of mandamus. Lewis' request to proceed in forma pauperis is granted.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2